UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:13-CR-181 (CEJ) ) |
| MICHAEL KITCHEN, | ) ) |
| Defendant. | ) |

### ORDER

This matter is before the Court upon the second motion of defendant Michael Kitchen to extend the voluntary surrender date. While the Court is inclined to grant the requested extension, it will not entertain any further motions based on the same reasons set forth in the instant motion.

Accordingly,

**IT IS HEREBY ORDERED** that the defendant's motion to extend voluntary surrender date [Doc. # 60] is **granted**.

**IT IS FURTHER ORDERED** that defendant Michael Kitchen shall report to the facility that is designated by the United States Bureau of Prisons **by 1:00 p.m. on Wednesday, June 11, 2014**, to begin serving his sentence of imprisonment.

**IT IS FURTHER ORDERED** that the defendant shall continue to comply with all of the conditions of release previously established by the Court.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 20th day of May, 2014.