UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  4:13CR181 CEJ |
| MICHAEL KITCHEN, | ) |
| Defendant, | ) |
| and | ) |
| BROADWAY FORD TRUCK SALES<br>ATTN:  GARNISHMENT DEPT.<br>1501 7TH BLVD.<br>ST. LOUIS, MO 63104, | ) |
| Garnishee. | ) |

## APPLICATION FOR GARNISHEE ORDER

Plaintiff, the United States of America, by and through its attorney, Jane Rund, Assistant United States Attorney for the Eastern District of Missouri, applies to the Clerk of Court for the issuance of a Garnishee Order in the above styled case pursuant to 28 U.S.C. § 3205.  A proposed order is attached for the Court's convenience.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

/s/ Jane Rund
JANE RUND, #47298MO
Assistant United States Attorney
111 S. Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314)539-2200

## CERTIFICATE OF SERVICE

    I hereby certify that on  10-14-16 , a copy of the Application for Garnishee Order was mailed via United States Postal Service to the following non-participants in Electronic Case Filing:

Michael Kitchen
9732 Fairhurst Drive, Apt. C
Affton, MO 63123

Broadway Ford Truck Sales
1501 7th Blvd.
St. Louis, MO 63104
**Attn: Garnishment Department**

/s/ Jane Rund
JANE RUND, #47298MO
Assistant United States Attorney