**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF MISSOURI
PROBATION OFFICE

SCOTT A. ANDERS
CHIEF U.S. PROBATION OFFICER

KEN R. FITZGERALD
DEPUTY CHIEF PROBATION OFFICER

JO C. COOPER
ASST. DEPUTY CHIEF PROBATION OFFICER



THOMAS F. EAGLETON U.S. COURTHOUSE
111 SOUTH 10TH STREET, SUITE 2.325
ST. LOUIS, MO 63102
314-244-6700
314-244-6735(FAX)

RUSH HUDSON LIMBAUGH, SR. U.S. COURTHOUSE
555 INDEPENDENCE, SUITE 1100
CAPE GIRARDEAU, MO 63701
573-331-8980
573-331-8986(FAX)

REPLY TO: CAPE GIRARDEAU OFFICE

July 9, 2018

Ms. Cathy Gould, Deputy in Charge
U.S. District Court, Eastern District of Missouri
Rush Hudson Limbaugh, Sr. U.S. Courthouse
555 Independence
Cape Girardeau, MO 63701

**Re: KITCHEN, Michael**
Docket No.: 4:13CR181 CEJ

Dear Ms. Gould:

The above defendant is currently under the supervision of the probation office. The case was previously assigned to U.S. District Judge, Carol E. Jackson, who is now retired. The probation office anticipates a matter that will require a ruling by the Court, and as such, it is requested that the case be reassigned at this time.

Thank you for your assistance in this matter. Should you have any questions, please do not hesitate to contact the undersigned.

Sincerely,

*Toni Smith*

Toni R. Smith
U.S. Probation Officer